UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: MCCALL, CHARLES, SR. § Case No. 08-73371
     MCCALL, MILDRED § 
 § 
Debtor(s) § 

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Clerk of The U S Bankruptcy Court
211 South Court Street
Rockford IL 61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 7/26/2010 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

    Dated: 06/16/2010    By: /s/BERNARD J. NATALE
                                                    Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL 61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: MCCALL, CHARLES, SR. § Case No. 08-73371
      MCCALL, MILDRED § 
 § 
Debtor(s) § 

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $     37,501.64

*and approved disbursements of*     $     32,658.10

*leaving a balance on hand of* [1]     $     4,843.54

Claims of secured creditors will be paid as follows:

*Claimant*                                                                          *Proposed Payment*
                                               N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | BERNARD J. NATALE | $ 1,000.00 | $ |
| Attorney for trustee | BERNARD J. NATALE, LTD. | $ 2,741.61 | $ 51.55 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ 260.00 | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

              *Reason/Applicant*               *Fees*               *Expenses*

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 26,283.38 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Roundup Funding, LLC | $ 1,003.68 | $ 30.18 |
| 2 | Mutual Management Services | $ 227.58 | $ 6.84 |
| 3 | T Mobile USA Inc | $ 585.67 | $ 17.61 |
| 4 | Ray A Ferguson | $ 428.86 | $ 12.90 |
| 5 | Rockford Mercantile Agency Inc | $ 2,564.26 | $ 77.11 |
| 6 | Rock Valley Credit Union | $ 7,196.36 | $ 216.41 |
| 7 | Cornerstone Clinic | $ 60.45 | $ 1.82 |
| 8 | eCast Settlement Corp | $ 632.60 | $ 19.02 |
| 9 | eCAST Settlement Corporation, assignee | $ 13,583.92 | $ 408.49 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                             Allowed Amt. of Claim    Proposed Payment*
                            N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                             Allowed Amt. of Claim    Proposed Payment*
                            N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3           User: cshabez                Page 1 of 2                   Date Rcvd: Jul 01, 2010
Case: 08-73371                 Form ID: pdf006              Total Noticed: 36

The following entities were noticed by first class mail on Jul 03, 2010.
db/jdb        +Charles McCall, Sr.,    Mildred McCall,    2004 Montague St,    Rockford, IL 61102-3021
aty           +Bernard J Natale,    Law Office of Bernard J. Natale, Ltd.,    6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
aty           +Jason K Nielson,    Geraci Law, LLC,    55 East Monroe St. Suite #3400,    Chicago, IL 60603-5920
aty           +Matthew Selvagn,    Law Offices of Peter Francis Geraci,    55 East Monroe St. Suite #3400,
               Chicago, IL 60603-5920
aty           +Scott E Hillison,    6833 Stalter Drive Ste 201,    Rockford, IL 61108-2582
tr            +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
               Rockford, IL 61108-2582
12737065      +Beneficial/HFC,    Attn: Bankruptcy Dept.,    Po Box 17574,    Baltimore, MD 21297-1574
12737077      +CITY OF Rockford Parking DPT,    C/O Mutual Management,    401 E State St,
               Rockford, IL 61104-1027
14983960      +Cornerstone Clinic,    c/o Attorney Terry Hoss,    P.O. Box 449,    Cherry Valley, IL 61016-0449
12737089      +Creekview Dental,    Attn: Bankruptcy Dept.,    2028 E Riverside,    Loves Park, IL 61111-4801
12737092      +Dimension Benefit,    Attn: Bankruptcy Dept.,    PO Box 82060,    Rochester, MI 48308-2060
12737079      +Directv INC.,    C/O NCO FIN/NA,    Po Box 105062,    Atlanta, GA 30348-5062
12737096      +HSBC Card Services,    Bankruptcy Department,    PO Box 88000,    Baltimore, MD 21288-0001
12737076      +HSBC/MS,    Attn: Bankruptcy Dept.,    Po Box 9068,    Brandon, FL 33509-9068
12737094      +KCA Financial Services,    Bankruptcy Department,    628 North St.,    Geneva, IL 60134-1356
13487093       MUTUAL MANAGEMENT SERVICES,    PO BOX 4777,    ROCKFORD, IL 61110-4777
12737066      +Medical Payment DATA,    C/O Creditors Protection S,    202 W State St Ste 300,
               Rockford, IL 61101-1116
12737080      +Medical Payment DATA,    C/O Rockford Mercantile,    2502 S Alpine Rd,    Rockford, IL 61108-7813
12737078      +NCO/ASGNE OF SPRINT,    C/O NCO FIN/22,    507 Prudential Rd,    Horsham, PA 19044-2308
12737095       RS Medical,    Attn: Bankruptcy Dept.,    14001 SE 1st St.,    Vancouver, WA 98684
12737087      +Ray A Ferguson,    Attn: Bankruptcy Dept.,    216 North Court,    Rockford, IL 61103-6803
12737093      +Rockford Health,    Attn: Bankruptcy Department,    PO Box 5847,    Rockford, IL 61125-0847
12737090      +Rockford Health Systems,    Attn: Bankruptcy Department,    2400 N. Rockton Ave.,
               Rockford, IL 61103-3655
13838566      +Rockford Mercantile Agency Inc,    2502 South Alpine Road,    Rockford Illinois 61108-7813
12737083      +Rockford Orthopedic,    Attn: Bankruptcy Dept.,    324 Roxbury,    Rockford, IL 61107-5090
12737091      +Rockford Radiology,    Bankruptcy Department,    PO Box 5386,    Rockford, IL 61125-0386
12737086       Rockford Radiology/Mutual Mngt,    Bankruptcy Department,    PO Box 4777,    Rockford, IL 61110-4777
12737084      +Rockford Spine,    Attn: Bankruptcy Dept.,    2902 Mcfarland Rd,    Rockford, IL 61107-6801
13543906       T Mobile USA Inc,    Attn: Bankruptcy Dept.,    PO Box 53410,    Bellevue, Wa 98015-3410
12737088      +T-Mobile,    Bankruptcy Department,    PO Box 742596,    Cincinnati, OH 45274-2596
15140811       eCAST Settlement Corporation, assignee,    of HSBC Bank Nevada and its Assigns,    POB 35480,
               Newark, NJ 07193-5480
15357204       eCAST Settlement Corporation, assignee,    of HSBC CONSUMER LENDING (USA) INC.,    POB 35480,
               Newark, NJ 07193-5480

The following entities were noticed by electronic transmission on Jul 01, 2010.
12737085      +E-mail/Text: collect@arspif.com                             Account Recovery Service,
               Bankruptcy Department,    3031 N. 114th St.,    Milwaukee, WI 53222-4218
12737082      +E-mail/Text: tmiles@rvfcu.org                               Rock Valley Credit Union,
               Attn: Bankruptcy Department,    1201 Clifford Ave.,    Loves Park, IL 61111-7500
14937681      +E-mail/Text: tmiles@rvfcu.org                               Rock Valley Federal Credit Union,
               11280 Forest Hills rd,    Machesney Park, IL 61115-8232
13473492       E-mail/PDF: BNCEmails@blinellc.com Jul 02 2010 02:10:57     Roundup Funding, LLC,   MS 550,
               PO Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14937652       Rock Valley Federal Credit Union
aty*          +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
               Rockford, IL 61108-2582
12737067*     +Medical Payment DATA,    C/O Creditors Protection S,    202 W State St Ste 300,
               Rockford, IL 61101-1116
12737068*     +Medical Payment DATA,    C/O Creditors Protection S,    202 W State St Ste 300,
               Rockford, IL 61101-1116
12737069*     +Medical Payment DATA,    C/O Creditors Protection S,    202 W State St Ste 300,
               Rockford, IL 61101-1116
12737070*     +Medical Payment DATA,    C/O Creditors Protection S,    202 W State St Ste 300,
               Rockford, IL 61101-1116
12737071*     +Medical Payment DATA,    C/O Creditors Protection S,    202 W State St Ste 300,
               Rockford, IL 61101-1116
12737072*     +Medical Payment DATA,    C/O Creditors Protection S,    202 W State St Ste 300,
               Rockford, IL 61101-1116
12737073*     +Medical Payment DATA,    C/O Creditors Protection S,    202 W State St Ste 300,
               Rockford, IL 61101-1116
12737074*     +Medical Payment DATA,    C/O Creditors Protection S,    202 W State St Ste 300,
               Rockford, IL 61101-1116
12737075*     +Medical Payment DATA,    C/O Creditors Protection S,    202 W State St Ste 300,
               Rockford, IL 61101-1116
12737081*     +Medical Payment DATA,    C/O Rockford Mercantile,    2502 S Alpine Rd,    Rockford, IL 61108-7813
                                                                                               TOTALS: 1, * 11

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-3           User: cshabez              Page 2 of 2              Date Rcvd: Jul 01, 2010
Case: 08-73371                 Form ID: pdf006            Total Noticed: 36
```

            ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 03, 2010**                    **Signature:**    *Joseph Speetjens*