**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re: MCCALL, CHARLES, SR. § Case No. 08-73371
     MCCALL, MILDRED § 
 § 
Debtor(s) § 

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    BERNARD J. NATALE, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $113,175.00 | Assets Exempt: $62,600.00 |
| Total Distribution to Claimants: $8,252.76 | Claims Discharged Without Payment: $25,493.00 |
| Total Expenses of Administration: $14,248.88 | |

    3) Total gross receipts of $ 37,501.64 (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $22,501.64
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $72,197.00 | $7,462.38 | $7,462.38 | $7,462.38 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 16,378.93 | 14,248.88 | 14,248.88 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 23,593.56 | 30,614.48 | 26,283.38 | 790.38 |
| **TOTAL DISBURSEMENTS** | $95,790.56 | $54,455.79 | $47,994.64 | $22,501.64 |

   4) This case was originally filed under Chapter 7 on October 21, 2008.
. The case was pending for 23 months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/11/2010          By: /s/BERNARD J. NATALE
                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury Claim - Mildred | 1242-000 | 37,500.00 |
| Interest Income | 1270-000 | 1.64 |
| **TOTAL GROSS RECEIPTS** | | **$37,501.64** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Mildred McCall | Ref # DEBTOR'S PER INJ EXEMPT | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HSBC/MC | 4110-000 | 60,197.00 | N/A | N/A | 0.00 |
| Attn: Bankruptcy Department | 4210-000 | 12,000.00 | N/A | N/A | 0.00 |
| Rockford Memorial Hospital | 4220-000 | N/A | 6,800.00 | 6,800.00 | 6,800.00 |
| State Farm Insurance | 4220-000 | N/A | 662.38 | 662.38 | 662.38 |
| **TOTAL SECURED CLAIMS** | | **$72,197.00** | **$7,462.38** | **$7,462.38** | **$7,462.38** |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 51.55 | 51.55 | 51.55 |
| CLERK OF THE BANKRUPTCY COURT | 2700-000 | N/A | 260.00 | 260.00 | 260.00 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 2,871.50 | 2,741.61 | 2,741.61 |
| BERNARD J. NATALE | 2100-000 | N/A | 3,000.16 | 1,000.00 | 1,000.00 |
| Kim MacCloskey & Associates | 3220-610 | N/A | 160.79 | 160.79 | 160.79 |
| Kim MacCloskey & Associates | 3210-600 | N/A | 10,031.10 | 10,031.10 | 10,031.10 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 3.83 | 3.83 | 3.83 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 16,378.93 | 14,248.88 | 14,248.88 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Roundup Funding, LLC | 7100-000 | N/A | 1,003.68 | 1,003.68 | 30.18 |
| Mutual Management Services | 7100-000 | N/A | 227.58 | 227.58 | 6.84 |
| T Mobile USA Inc | 7100-000 | N/A | 585.67 | 585.67 | 17.61 |
| Ray A Ferguson | 7100-000 | N/A | 428.86 | 428.86 | 12.90 |
| Rockford Mercantile Agency Inc | 7100-000 | N/A | 6,895.36 | 2,564.26 | 77.11 |
| Rock Valley Credit Union | 7100-000 | N/A | 7,196.36 | 7,196.36 | 216.41 |
| Cornerstone Clinic | 7100-000 | N/A | 60.45 | 60.45 | 1.82 |
| eCast Settlement Corp | 7100-000 | N/A | 632.60 | 632.60 | 19.02 |
| eCAST Settlement Corporation, assignee | 7100-000 | N/A | 13,583.92 | 13,583.92 | 408.49 |
| Account Recovery Service | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| Beneficial/HFC | 7100-000 | 15,892.00 | N/A | N/A | 0.00 |
| Creekview Dental | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| Dimension Benefit | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| DirecTV Inc | 7100-000 | 2.56 | N/A | N/A | 0.00 |
| KCA Financial Services | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| Medical Payment DATA | 7100-000 | 433.00 | N/A | N/A | 0.00 |
| Medical Payments DATA | 7100-000 | 102.00 | N/A | N/A | 0.00 |
| Medical Payment DATA | 7100-000 | 160.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| % Creditors Protection Services | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| % Creditors Protection Services | 7100-000 | 74.00 | N/A | N/A | 0.00 |
| % Creditors Protection Services | 7100-000 | 70.00 | N/A | N/A | 0.00 |
| % Creditors Protection Services | 7100-000 | 85.00 | N/A | N/A | 0.00 |
| % Creditors Protection Services | 7100-000 | 85.00 | N/A | N/A | 0.00 |
| % Creditors Protection Services | 7100-000 | 1,159.00 | N/A | N/A | 0.00 |
| % Creditors Protection Services | 7100-000 | 176.00 | N/A | N/A | 0.00 |
| NCO/Sprint | 7100-000 | 1,205.00 | N/A | N/A | 0.00 |
| Rockford Orthopedic | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| Rockford Radiology | 7100-000 | 1,200.00 | N/A | N/A | 0.00 |
| Rockford Spine | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| RS Medical | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| T-Mobile | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 23,593.56 | 30,614.48 | 26,283.38 | 790.38 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-73371  
**Case Name:** MCCALL, CHARLES, SR.  
MCCALL, MILDRED  
**Period Ending:** 10/05/10

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 10/21/08 (f)  
**§341(a) Meeting Date:** 11/20/08  
**Claims Bar Date:** 04/01/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 2004 Montague St Rockford IL | 76,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Educational IRA 100% exempt | Unknown | 0.00 | DA | 0.00 | FA |
| 3 | Pension w/ Employer/Former Employer - 100% Exemp | Unknown | 0.00 | DA | 0.00 | FA |
| 4 | Savings Account with Amcore | 100.00 | 0.00 | DA | 0.00 | FA |
| 5 | Savings Account with Rock Valley | 100.00 | 0.00 | DA | 0.00 | FA |
| 6 | Checking Account with Associated Bank | 100.00 | 0.00 | DA | 0.00 | FA |
| 7 | Household Goods & Furnishings | 1,800.00 | 0.00 | DA | 0.00 | FA |
| 8 | Books, Compact Disks, Tapes, Etc | 100.00 | 0.00 | DA | 0.00 | FA |
| 9 | Necessary Wearing Apparel | 100.00 | 0.00 | DA | 0.00 | FA |
| 10 | Earrings, watch, costume jewelry, wedding rings | 300.00 | 0.00 | DA | 0.00 | FA |
| 11 | Term Life Insurance - No Cash Surrender Value | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | Personal Injury Claim - Charles     Case withdrawn by Personal Injury Attorney | 30,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | 2002 Ford Explorer with 80k miles | 4,575.00 | 0.00 | DA | 0.00 | FA |
| 14 | Family Pets/Animals | 0.00 | 0.00 | DA | 0.00 | FA |
| 15 | Personal Injury Claim - Mildred  (u) | 0.00 | 0.00 | | 37,500.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 1.64 | FA |
| 16 | Assets    Totals (Excluding unknown values) | **$113,175.00** | **$0.00** | | **$37,501.64** | **$0.00** |

**Major Activities Affecting Case Closing:**

CASE REOPENED FOR APPROVAL OF PERSONAL INJURY CLAIM.  CASE SETTLED.  AWAITING SETTLEMENT PROCEEDS.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2010        **Current Projected Date Of Final Report (TFR):**    June 16, 2010  (Actual)

Printed: 10/05/2010 01:13 PM    V.12.52

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 08-73371 | | **Trustee:** | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| **Case Name:** | MCCALL, CHARLES, SR. | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | MCCALL, MILDRED | | **Account:** | ***-*****53-65 - Money Market Account |
| **Taxpayer ID #:** | **-***6346 | | **Blanket Bond:** | $552,000.00 (per case limit) |
| **Period Ending:** | 10/05/10 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/08/10 | {15} | Pekin Insurance | Sat. of Lien - McCall and State Farm Ins. Co. | 1242-000 | 662.38 | | 662.38 |
| 03/08/10 | {15} | Pekin Insurance | Sat. of Lien - McCall and Rkfd. Mem. Hospital | 1242-000 | 4,331.10 | | 4,993.48 |
| 03/08/10 | {15} | Pekin Insurance | Settlement Draft - McCall, MacCloskey & Assoc., and Natale, Trustee | 1242-000 | 32,506.52 | | 37,500.00 |
| 03/29/10 | | To Account #********5366 | Transfer to pay distributions | 9999-000 | | 33,000.00 | 4,500.00 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.03 | | 4,501.03 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.03 | | 4,501.06 |
| 04/06/10 | | Wire out to BNYM account 9200******5365 | Wire out to BNYM account 9200******5365 | 9999-000 | -4,501.06 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | **33,000.00** | **33,000.00** | **$0.00** |
| | | | Less: Bank Transfers | | -4,501.06 | 33,000.00 | |
| | | | **Subtotal** | | **37,501.06** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$37,501.06** | **$0.00** | |

{} Asset reference(s)        Printed: 10/05/2010 01:13 PM    V.12.52

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 08-73371
**Case Name:** MCCALL, CHARLES, SR.
MCCALL, MILDRED
**Taxpayer ID #:** **-***6346
**Period Ending:** 10/05/10

**Trustee:** BERNARD J. NATALE (330370)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****53-66 - Checking Account
**Blanket Bond:** $552,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/29/10 | | From Account #********5365 | Transfer to pay distributions | 9999-000 | 33,000.00 | | 33,000.00 |
| 03/29/10 | 101 | Kim MacCloskey & Associates | Ref # M MCCALL | 3210-600 | | 10,031.10 | 22,968.90 |
| 03/29/10 | 102 | Kim MacCloskey & Associates | Ref # M MCCALL | 3220-610 | | 160.79 | 22,808.11 |
| 03/29/10 | 103 | Mildred McCall | Ref # DEBTOR'S PER INJ EXEMPT | 8100-002 | | 15,000.00 | 7,808.11 |
| 03/29/10 | 104 | Rockford Memorial Hospital | Ref # MEDICAL LIEN | 4220-000 | | 6,800.00 | 1,008.11 |
| 03/29/10 | 105 | State Farm Insurance | Ref # LIEN | 4220-000 | | 662.38 | 345.73 |
| 04/06/10 | | Wire out to BNYM account 9200******5366 | Wire out to BNYM account 9200******5366 | 9999-000 | -345.73 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 32,654.27 | 32,654.27 | $0.00 |
| | | | Less: Bank Transfers | | 32,654.27 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 32,654.27 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$17,654.27** | |

{} Asset reference(s)

Printed: 10/05/2010 01:13 PM    V.12.52

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 08-73371
**Case Name:** MCCALL, CHARLES, SR.
MCCALL, MILDRED
**Taxpayer ID #:** **-***6346
**Period Ending:** 10/05/10

**Trustee:** BERNARD J. NATALE (330370)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******53-65 - Money Market Account
**Blanket Bond:** $552,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********5365 | Wire in from JPMorgan Chase Bank, N.A. account ********5365 | 9999-000 | 4,501.06 | | 4,501.06 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.18 | | 4,501.24 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.27 | | 4,501.51 |
| 06/16/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.13 | | 4,501.64 |
| 06/16/10 | | To Account #9200******5366 | Transfer for Final Report and Close Case | 9999-000 | | 4,501.64 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 4,501.64 | 4,501.64 | $0.00 |
| | | | Less: Bank Transfers | | 4,501.06 | 4,501.64 | |
| | | | **Subtotal** | | 0.58 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.58** | **$0.00** | |

{} Asset reference(s)    Printed: 10/05/2010 01:13 PM    V.12.52

Exhibit 9

## FORM 2

Page: 4

### Cash Receipts And Disbursements Record

**Case Number:** 08-73371  
**Case Name:** MCCALL, CHARLES, SR.  
MCCALL, MILDRED  
**Taxpayer ID #:** **-***6346  
**Period Ending:** 10/05/10

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******53-66 - Checking Account  
**Blanket Bond:** $552,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********5366 | Wire in from JPMorgan Chase Bank, N.A. account ********5366 | 9999-000 | 345.73 | | 345.73 |
| 06/03/10 | 10106 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2010 FOR CASE #08-73371, BOND #016018067 | 2300-000 | | 3.83 | 341.90 |
| 06/16/10 | | From Account #9200******5365 | Transfer for Final Report and Close Case | 9999-000 | 4,501.64 | | 4,843.54 |
| 07/28/10 | 10107 | CLERK OF THE BANKRUPTCY COURT | Dividend paid 100.00% on $260.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: FEE FOR REOPENING CASE | 2700-000 | | 260.00 | 4,583.54 |
| 07/28/10 | 10108 | BERNARD J. NATALE | Dividend paid 100.00% on $1,000.00, Trustee Compensation; Reference: | 2100-000 | | 1,000.00 | 3,583.54 |
| 07/28/10 | 10109 | Roundup Funding, LLC | Distribution paid 3.00% on $1,003.68; Claim# 1; Filed: $1,003.68; Reference: 1254 | 7100-000 | | 30.18 | 3,553.36 |
| 07/28/10 | 10110 | Mutual Management Services | Distribution paid 3.00% on $227.58; Claim# 2; Filed: $227.58; Reference: | 7100-000 | | 6.84 | 3,546.52 |
| 07/28/10 | 10111 | T Mobile USA Inc | Distribution paid 3.00% on $585.67; Claim# 3; Filed: $585.67; Reference: 0959 | 7100-000 | | 17.61 | 3,528.91 |
| 07/28/10 | 10112 | Ray A Ferguson | Distribution paid 3.00% on $428.86; Claim# 4; Filed: $428.86; Reference: 62266 | 7100-000 | | 12.90 | 3,516.01 |
| 07/28/10 | 10113 | Rockford Mercantile Agency Inc | Distribution paid 3.00% on $2,564.26; Claim# 5; Filed: $6,895.36; Reference: 5687 ETC | 7100-000 | | 77.11 | 3,438.90 |
| 07/28/10 | 10114 | Rock Valley Credit Union | Distribution paid 3.00% on $7,196.36; Claim# 6; Filed: $7,196.36; Reference: 32317496 | 7100-000 | | 216.41 | 3,222.49 |
| 07/28/10 | 10115 | eCast Settlement Corp | Distribution paid 3.00% on $632.60; Claim# 8; Filed: $632.60; Reference: 7380 | 7100-000 | | 19.02 | 3,203.47 |
| 07/28/10 | 10116 | eCAST Settlement Corporation, assignee | Distribution paid 3.00% on $13,583.92; Claim# 9; Filed: $13,583.92; Reference: 1276 | 7100-000 | | 408.49 | 2,794.98 |
| 07/28/10 | 10117 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7100-000 | | 1.82 | 2,793.16 |
| 07/28/10 | 10118 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 2,793.16 | 0.00 |
| | | | Dividend paid 100.00%  2,741.61 on $2,741.61; Claim# ATTY; Filed: $2,871.50 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%  51.55 on $51.55; Claim# EXP; Filed: $51.55 | 3120-000 | | | 0.00 |

Subtotals :   $4,847.37   $4,847.37

{} Asset reference(s)                                               Printed: 10/05/2010 01:13 PM    V.12.52

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 08-73371 | **Trustee:** BERNARD J. NATALE (330370) |
| **Case Name:** MCCALL, CHARLES, SR. | **Bank Name:** The Bank of New York Mellon |
| MCCALL, MILDRED | **Account:** 9200-******53-66 - Checking Account |
| **Taxpayer ID #:** **-***6346 | **Blanket Bond:** $552,000.00 (per case limit) |
| **Period Ending:** 10/05/10 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 4,847.37 | 4,847.37 | $0.00 |
| | | | Less: Bank Transfers | | 4,847.37 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 4,847.37 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$4,847.37** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****53-65** | 37,501.06 | 0.00 | 0.00 |
| **Checking # ***-*****53-66** | 0.00 | 17,654.27 | 0.00 |
| **MMA # 9200-******53-65** | 0.58 | 0.00 | 0.00 |
| **Checking # 9200-******53-66** | 0.00 | 4,847.37 | 0.00 |
| | $37,501.64 | $22,501.64 | $0.00 |

{} Asset reference(s)            Printed: 10/05/2010 01:13 PM    V.12.52